**HAND DELIVERED**
**FEDERAL CANDIDATE OATH –**
**CANDIDATE WITH PARTY AFFILIATION**

RECEIVED
DEPARTMENT OF STATE

2016 JUN 20 AM 9:30

DIVISION OF ELECTIONS
TALLAHASSEE, FL

OFFICE USE ONLY

## OATH OF CANDIDATE (Section 99.021, Florida Statutes)

I, "Rocky" Roque De La Fuente
(PLEASE PRINT NAME AS YOU WISH IT TO APPEAR ON THE BALLOT * – NAME MAY NOT BE CHANGED AFTER THE END OF QUALIFYING)

am a candidate for the office of  US SENATE  _____ ; I am qualified
                                  (office)                (district #)

under the Constitution and the laws of the United States to hold the office to which I desire to be nominated or elected; I have qualified for no other public office in the state, the term of which office or any part thereof runs concurrent with the office I seek; and that I will support the Constitution of the United States.

* Please print name phonetically on the line below as you wish it to be pronounced on the audio ballot for persons with disabilities (see instructions on page 2 of this form):

"RAKI" ROK DI LA FUENTE

## STATEMENT OF PARTY
(Section 99.021, Florida Statutes)

I am a member of the  DEMOCRATIC  Party; I have not been a registered member of any other political party for 365 days before the beginning of qualifying preceding the general election for which I seek to qualify; and I have paid the assessment levied against me, if any, as a candidate for said office by the executive committee of the political party of which I am a member.

X _____   (786) 804-1844   US@Rocky9.com
Signature of Candidate   Telephone Number   Email Address

625 W Winter Park St   Orlando   Florida   32804
Address                City       State     ZIP Code

Candidate's Florida Voter Registration Number (located on your voter information card): 125364519

**STATE OF FLORIDA**
COUNTY OF  Miami-Dade

Sworn to (or affirmed) and subscribed before me this  16th  day of  June , 20 16 .

Personally Known: _____ or
Produced Identification: ✓

KEVIN LIRIO
MY COMMISSION # FF 970190
EXPIRES: March 10, 2020
Bonded Thru Budget Notary Services

Signature of Notary Public
Print, Type, or Stamp Commissioned Name of Notary Public

Type of Identification Produced:  DL

**EXHIBIT A**

DS-DE 27 (Rev. 5/11)                                    Rule 1S-2.0001, F.A.C.